IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODNEY LANE,

Plaintiff,

v.

MISSOURI BARGE LINE
COMPANY, INC.,

Defendant.                                                     No. 08-0894-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation for dismissal (Doc. 16). The Court **ACKNOWLEDGES** the stipulation of dismissal and **DISMISSES with prejudice** this cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 28th day of May, 2009.

/s/     David R Herndon

**Chief Judge
United States District Court**